UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUCCESS SYSTEMS, INC.<br>                    Plaintiff,<br><br>v.<br><br>MADDY PETROLEUM<br>EQUIPMENT, INC.,<br>                    Defendant. | )<br>)<br>)<br>)<br>) CIVIL NO.: 3:01 CV 1343 (MRK)<br>)<br>)<br>)<br>) January 21, 2004<br>) |

### PLAINTIFF'S MOTION TO RE-OPEN

Pursuant to this Court's Order of October 1, 2003, Rule 41(b) of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of Civil Procedure, Plaintiff Success Systems, Inc. ("Success") hereby files this Motion to Re-Open the above-entitled action against Defendant Maddy Petroleum Equipment, Inc. ("Maddy") for the purpose of vacating and/or modifying an arbitration award as described below.

In support of this Motion, Success represents as follows:

1. During the telephonic Status Conference of this matter on October 1, 2003, the Court dismissed this action in light of the parties' agreement to arbitrate their dispute in an arbitration forum before the American Arbitration Association ("AAA") (Arbitrator Ernest Fanwick, Esq.). (A copy of this Court's Order is provided at Exhibit A.)

2. On December 22, 2003, the Arbitrator issued an award in favor of Success and against Maddy (the "Award"). In the Award, however, the Arbitrator manifestly disregarded the law and facts by failing, *inter alia*, to award any attorneys' fees to Success.

HARTFORD 82247v1

3.  Accordingly, Success files along herewith a Motion to Vacate and/or Modify the Award and moves this Court to re-open the above-entitled action for the purpose of hearing the Motion to Vacate and/or Modify.

**WHEREFORE,** for the foregoing reasons, Plaintiff Success respectfully requests that its Motion to Re-Open this action be granted.

Dated at Hartford, CT
January 21, 2004

THE PLAINTIFF,
SUCCESS SYSTEMS, INC.

By: _____
Joseph M. Pastore III, Esq. (11431)
Thomas J. Lengyel, Esq. (21488)
BROWN RAYSMAN MILLSTEIN
FELDER & STEINER, LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6400
Facsimile: (860) 275-6510
*       *       *
900 Third Avenue
New York, NY 10022

HARTFORD 82247v1

## **ORDER**

The foregoing Motion having been heard by this Court, it is hereby ordered:

GRANTED / DENIED

                                                                THE COURT

                                                                 _____

                                                                                                  J.,

HARTFORD 82247v1

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was sent via first class mail, postage pre-paid, on January 21, 2004 to the following counsel of record, and will be served in accordance with law as appropriate:

Warren Holcomb, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

By: _____
      Thomas J. Lengyel

4

HARTFORD 82247v1

'30

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Oct 2  9 21 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| SUCCESS SYSTEMS, INC. | : | |
| --- | --- | --- |
| Plaintiff | : | NO.   3:01 cv 1343 (MRK) |
| v. | : | |
| MADDY PETROLEUM EQUIPMENT, INC. | : | |
| Defendant. | : | |

### ORDER OF DISMISSAL

On October 1, 2003, by telephonic conference with the Court, the parties in the above-captioned case jointly advised the Court that the parties are pursuing a resolution of this dispute in arbitration before the American Arbitration Association and that they no longer intended to litigate the issue of arbitrability in this Court. Accordingly, they each agreed to a dismissal of this action on the terms set forth herein.

Therefore, pursuant to Fed.R.Civ.P. 41(b) and upon consent of the parties, this action is hereby voluntarily DISMISSED without consideration of the merits and without prejudice to the plaintiff's right to pursue all claims in this action against defendant before the American Arbitration Association. Plaintiff's rights to pursue such claims in arbitration are fully preserved, as are the rights of either party to institute a new action to vacate or confirm any award that may be entered by the arbitrators.

IT IS SO ORDERED.

Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: October 1, 2003

Exhibit A