**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

SUCCESS SYSTEMS, INC.                      :
                                           :
                     Plaintiff             :        NO.    3:01 cv 1343 (MRK)
                                           :
v.                                         :
                                           :
MADDY PETROLEUM                            :
EQUIPMENT, INC.                            :
                                           :
                     Defendant.            :

## ORDER

     Defendant's Request For Permission To File Surreply Memorandum Of Law [doc. #42],

dated March 1, 2004, is GRANTED.  The Clerk is directed to docket the Proposed Surreply

Memorandum Of Law In Opposition To Plaintiff's Motion To Vacate Arbitration Award, dated

March 1, 2004.

                        IT IS SO ORDERED.


            /s/ _____Mark R. Kravitz_____
                           U.S.D.J.

Dated at New Haven, Connecticut: April 1, 2004.