UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUCCESS SYSTEMS, INC. | : | |
| | : | |
| Plaintiff | : | NO.   3:01 cv 1343 (MRK) |
| | : | |
| v. | : | |
| | : | |
| MADDY PETROLEUM EQUIPMENT, INC. | : | |
| | : | |
| Defendant. | : | |

## ORDER

For the reasons stated on the record at oral argument on pending motions on April 16, 2004, the Court enters the following orders:

1.  Plaintiff's Motion to Reopen Case [doc. #32] is GRANTED, and the Court will take under advisement Plaintiff's Motion to Vacate or Modify Arbitration Award [doc # 33].

2.  Defendant's Motion to Strike Affidavit [doc. # 36] is GRANTED.

IT IS SO ORDERED,

/s/    Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: April 16, 2004