CT/cvmhrg (January 10, 2002)

HONORABLE **Mark R. Kravitz**

DEPUTY CLERK **K. Ghilardi**   RPTR/ERO/TAPE **Thea**

TOTAL TIME: **1** hours **30** minutes

DATE **4/16/04**      START TIME **10:30**   END TIME **12:00**
LUNCH RECESS FROM _____ TO _____

**Success Systems**   RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:01 cv 1343 mRK**

§
§                    **Joseph M. Pastore III**
§                    Plaintiffs Counsel
vs.                §
§          ☐ SEE ATTACHED CALENDAR FOR COUNSEL
**Maddy Petroleum Equip.**   §          **Richard J. Buturla**
§                    Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh.) Motion Hearing            ☐ (confmhrg.) Confirmation Hearing     ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing      ☐ (evidhrg.) Evidentiary Hearing       ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing    ☐ (fairhrg.) Fairness Hearing          ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

**MOTION
DOCUMENT NO.**

☑ .... **#32**  Motion **to Reopen Case** _____ ☑ granted ☐ denied ☐ advisement
☑ .... **#33**  Motion **to Vacate** _____ ☐ granted ☐ denied ☑ advisement
☑ .... **#36**  Motion **to Strike Affidavit** ____ ☐ granted ☑ denied ☐ advisement
☐ .... #___  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .... #___  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .... #___  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .... #___  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....     Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....     Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....     Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....     Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ........  ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ........  _____ ☐ filed ☐ docketed
☐ ........  _____ ☐ filed ☐ docketed
☐ ........  _____ ☐ filed ☐ docketed
☐ ........  _____ ☐ filed ☐ docketed
☐ ........  _____ ☐ filed ☐ docketed
☐ ........  _____ ☐ filed ☐ docketed
☐ ........  _____ ☐ filed ☐ docketed
☐ ........  _____ ☐ filed ☐ docketed
☐ ........  _____ ☐ filed ☐ docketed
☐ ........  _____ Hearing continued until _____ at _____