UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUCCESS SYSTEMS, INC. | : | |
| | : | |
| Plaintiff | : | NO.   3:01 cv 1343 (MRK) |
| | : | |
| v. | : | |
| | : | |
| MADDY PETROLEUM EQUIPMENT, INC. | : | |
| | : | |
| Defendant. | : | |

## VACATUR OF ORDER

The Court's Order [doc. #45], dated April 16, 2004, is vacated in part. Defendant's Motion to Strike Affidavit [doc. #36] is **DENIED**.

IT IS SO ORDERED,


/s/      Mark R. Kravitz
                U.S.D.J.


Dated at New Haven, Connecticut: April 27, 2004