UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUCCESS SYSTEMS, INC. | : | |
| | : | |
| Plaintiff | : | NO. 3:01 cv 1343 (MRK) |
| | : | |
| v. | : | |
| | : | |
| MADDY PETROLEUM EQUIPMENT, INC. | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

This matter came on for consideration on the plaintiff's Motion to Vacate and or Modify AAA Arbitration Award before the Honorable Mark R. Kravitz, United States District Court Judge. The Court has reviewed all of the papers filed in conjunction with the motion and on May 3, 2004, entered a Memorandum of Decision denying the relief and directing the clerk to enter judgment for the defendant.

It is therefore ORDERED and ADJUDGED that judgment shall enter for the defendant and the case is close.

Dated at New Haven, Connecticut, this 4th day of May, 2004.

KEVIN F. ROWE, CLERK
By
 /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD _____